FINAZZO COSSOLINI O'LEARY
MEOLA & HAGER, LLC
36 Cattano Avenue, Suite 500
Morristown, NJ 07960
(973) 343-4960
MM-6101
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMUEL MORRIS REALTY, LLC, and M&Y TRADING CORP. d/b/a HELBY IMPORT & CO., INC., M&Y TRADING CORP. d/b/a CRAFT GUIDES, INC., <br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Defendants. | Civil Action No. 07-3557 (SDW) (MCA)<br><br>**ORDER** |

**THIS MATTER** having come before the Court pursuant to a telephone conference held on September 26, 2008, and the attorneys for the parties having conferred with the Court:

IT IS on this ____ day of October, 2008

**ORDERED THAT** the following dates in the original Pretrial Scheduling Order of December 6, 2007 are amended as follows:

1. Fact discovery is to remain open until **December 31, 2008**. No fact discovery is to be issued or engaged in beyond that date, except upon application to the Court for good cause shown.

2. Plaintiffs' expert reports are to be served no later than **January 30, 2009.**

-2-

3. Defendants' expert reports are to be served no later than **March 1, 2009.**

4. There shall be a telephone status conference before the undersigned **on December 18, 2008 at 4:00pm**. Plaintiffs' counsel shall initiate the call.

MADELINE COX ARLEO
United States Magistrate Judge